[Nos. 27077-0-I; 27420-1-I;   Division One.   January 19, 1993.]
28596-3-I; 29470-9-I;
30170-5-I.

*In the Matter of the Marriage of* DEBRA HANNULA,
*Respondent, and* JOHN HENRY HILL III,
*Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 88-3-02749-1, George T. Mattson, J., William C.
Goodloe, J. Pro Tem., Mary Wicks Brucker, J., and Jo Anne
Alumbaugh, J. Pro Tem., entered September 28 and November 6, 1990, May 16 and November 4, 1991, and January 7,
1992. *Affirmed in part* and *reversed in part* by unpublished
opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.

[No. 29586-1-I.   Division One.   January 19, 1993.]

DAVID M. ESTES, *Appellant,* v. THE CITY OF SEATTLE,
ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 87-2-20402-2, Dale B. Ramerman and Joan E.
DuBuque, JJ., entered June 8, 1989, and October 17, 1991.
*Affirmed* by unpublished opinion per Baker, J., concurred in
by Webster, C.J., and Scholfield, J.

[No. 29115-7-I.   Division One.   January 19, 1993.]

NORDSTROM, INC., *Appellant,* v. ROBERT E. BAYLEY
CONSTRUCTION COMPANY, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-20651-0, Donald D. Haley, J., entered July
31, 1991. *Reversed* by unpublished opinion per Agid, J.,
concurred in by Pekelis, A.C.J., and Grosse, J.